United States District Court
for the
Southern District of Florida

| Patricia Jendry, Plaintiff | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 17-61481-Civ-Scola |
| Nancy A. Berryhill, Acting Commissioner of Social Security, Defendant | ) ) ) | |

## Order on Magistrate Judge's Report and Recommendation

This case was referred to United States Magistrate Judge Edwin G. Torres for a ruling on all pre-trial, nondispositive matters and for a Report and Recommendation on any dispositive matters. On August 16, 2018, Judge Torres issued a Report, recommending that the Court deny the Plaintiff's motion for summary judgment, grant the Defendant's motion for summary judgment, and affirm the Administrative Law Judge's ("ALJ") decision. (Report, ECF No. 21.) No objections were filed and the time to do so has long passed. As a result, the Court reviews Judge Torres's Report for clear error. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Upon review of Judge Torres's Report, the record, and the relevant legal authorities, the Court finds Judge Torres's Report cogent and compelling. Accordingly, the Court **affirms and adopts** Judge Torres's Report and Recommendation (**ECF No. 21**). The Court **denies** the Plaintiff's motion for summary judgment (**ECF No. 17**), **grants** the Defendant's motion for summary judgment (**ECF No. 19**), and hereby **affirms** the ALJ's ruling. The Court directs the Clerk to **close** this case.

**Done and ordered** in chambers, at Miami, Florida, on October 31, 2018.

_____
Robert N. Scola, Jr.
United States District Judge